**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: PRETERM INFANT NUTRITION PRODUCT LIABILITY LITIGATION** | **MDL DOCKET NO. _____** |

**ABBOTT LABORATORIES AND ABBOTT LABORATORIES, INC.'S MOTION TO TRANSFER RELATED CASES FOR CONSOLIDATED PRETRIAL PROCEEDINGS PURSUANT TO 28 U.S.C. § 1407**

Abbott Laboratories and Abbott Laboratories, Inc. (together, "Abbott") are defendants in 17 substantially similar cases pending in federal courts throughout the country. Abbott hereby moves for an order for transfer and consolidation pursuant to 28 U.S.C. § 1407 for the civil actions listed in the Schedule of Actions filed concurrently herewith.

For the reasons set forth herein and in Abbott's accompanying Brief in Support, Abbott respectfully requests that the Panel issue an Order transferring the 17 actions listed in the accompanying Schedule of Actions, as well as all subsequently filed related actions, to the Hon. Stefan R. Underhill in the U.S. District Court for the District of Connecticut for coordinated or consolidated pretrial proceedings.

Dated:  January 18, 2022                                    Respectfully submitted,


By: /s/ *Stephanie E. Parker*
Stephanie E. Parker
JONES DAY
1221 Peachtree Street NE
Suite 400
Atlanta, GA 30361
404.581.8552
404.581.8330 (fax)
Email: separker@jonesday.com

Meir Feder
JONES DAY
250 Vesey Street, Floor 34
New York, NY 10281
212.326.7870
212.755.7306 (fax)
Email mfeder@jonesday.com

Bridget K. O'Connor
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001
202.879.3869
202.626.1700 (fax)
Email: boconnor@jonesday.com

Stephen V. D'Amore
Linda T. Coberly
Bryce A. Cooper
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600
(312) 558-5700 (fax)
Email: sdamore@winston.com
Email: lcoberly@winston.com
Email: bcooper@winston.com

Attorneys for Defendants
ABBOTT LABORATORIES
and ABBOTT
LABORATORIES, INC.