BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ABBOTT LABORATORIES, ET AL.,
PRETERM INFANT NUTRTITION PRODUCTS
LIABILITY LITIGATION                                                          MDL No. 3026

**This Document Relates to:**
***Thomas et al. v. Mead Johnson & Company, LLC et al.***, N.D. California, Cause No. 22−02460
***Tracy et al. v. Mead Johnson & Company, LLC et al.***, N.D. California, Cause No. 22−02480

## MOTION AND BRIEF TO VACATE CONDITIONAL TRANSFER ORDER (CTO – 3)

Plaintiffs move this Panel to vacate Conditional Transfer Order (CTO – 3), which conditionally transferred to MDL 3026 – *In Re: Abbott Laboratories, et al., Preterm Infant Nutrition Products Liability Litigation* the following actions: *Thomas et al. v. Mead Johnson & Company, LLC et al.*, Cause No. 22−02460, and *Tracy et al. v. Mead Johnson & Company, LLC et al.*, Cause No. 22−02480, both pending in the Northern District of California. In support of this Motion, Plaintiffs attach their Memorandum in Support of Motion to Vacate Conditional Transfer Order (CTO – 3).

Dated: May 26, 2022                                            Respectfully submitted,

                                                                            /s/ Elizabeth Graham
                                                                            M. Elizabeth Graham (Bar No. 143085)
                                                                            **GRANT & EISENHOFFER, P.A.**
                                                                            201 Mission Street, Suite 1200
                                                                            San Francisco, CA 94105
                                                                            Telephone: (415) 229-9720
                                                                            Fax: (415) 789-4367
                                                                            Email: egraham@gelaw.com

                                                                            Warren Postman (Bar No. 330869)
                                                                            **KELLER POSTMAN LLC**
                                                                            1300 I Street, N.W., Suite 400E
                                                                            Washington, D.C. 20005
                                                                            Telephone: (202) 749-8334
                                                                            Fax: (312) 971-3502
                                                                            Email: wdp@kellerpostman.com

Kimberly Channick (Bar No. 325089)
**WALSH LAW PLLC**
13428 Maxella Avenue, #203
Marina del Rey, CA 90292
Telephone: (213) 863-4276
Fax: (202) 780-3678
Email: kchannick@alexwalshlaw.com

Alexandra M. Walsh (pro hac vice forthcoming)
**WALSH LAW PLLC**
1050 Connecticut Ave, NW, Suite 500
Washington, D.C. 20036
Telephone: (202) 780-4127
Fax: (202) 780-3678
Email: awalsh@alexwalshlaw.com

*Attorneys for Plaintiffs*